RECEIVED
IN ALEXANDRIA, LA
OCT 10 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **GREGARIO MACHADO** | **CIVIL ACTION NO. 2: 07-1150** |
| **VS.** | **JUDGE TRIMBLE** |
| **IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the government's motion to dismiss is **GRANTED** and that the petition is **DENIED and DISMISSED as moot.**

Lake Charles, ~~Lafayette~~, Louisiana this 10th day of October, 2007.

JAMES TRIMBLE
UNITED STATES DISTRICT COURT